# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>CHRISTINE HEER,<br><br>　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-50827 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss
COUNTY OF NASSAU　　)

I, Alison Moodie, being duly sworn, depose and state:

1.　　I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.[2], the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Ave, Suite 200, Lake Success, New York 11042.

---

[1]　The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]　Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2. On March 20, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 7] to be served by first class mail on a party identified on Exhibit A annexed hereto (Defendant Party).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this 25th day of
March, 2020

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelopes used for service on the parties in Exhibit A included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CHRISTINE HEER | 12488 W 2ND DRIVE | | | LAKEWOOD | CO | 80228 |